THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Carl Cook, Appellant,
 v.
 South Carolina
 Department of Corrections, Respondent.
 
 
 

Appeal from the Administrative Law Court
John McLeod, Administrative Law Court
 Judge
Memorandum Opinion No.  2010-MO-011
Submitted April 21, 2010  Filed May 3,
 2010  
AFFIRMED

 
 
 
 Carl Cook, of Ridgeland, pro se, Appellant.
 Christopher D. Florian, of S.C. Department of Corrections, of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  We affirm the administrative law court's
 decision to dismiss Carl Cook's grievance appeal pursuant to Rule 220(b)(1),
 SCACR, and the following authorities:  K & A Acquisition Group, LLC v.
 Islande Pointe, LLC, 383 S.C. 563, 682 S.E.2d 252 (2009) (issue must be
 raised and ruled on below to be preserved for appeal); Metts v. Mims,
 384 S.C. 491, 682 S.E.2d 813 (2009) (subject matter jurisdiction refers to the
 court's "power to hear and determine cases of the general class to which
 the proceedings in question belong").  
AFFIRMED.
TOAL, C.J.,
 PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.